887 A.2d 45

**Wesley Eugene BAKER**

v.

**Mary Ann SAAR, Secretary, et al.**

**Misc. No. 14 Sept. Term 2005.**

Court of Appeals of Maryland.

Dec. 5, 2005.

Michael E. Lawlor, Assigned Public Defender (LaWlor & Englert, L.L.C., Greenbelt); Gary E. Proctor, Assigned Public Defender, Baltimore, for appellant.

Scott S. Oakley, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of MD, Michael O. Doyle, Asst. Atty. Gen., Baltimore), for appellees.

**O R D E R**

The Court having considered the Emergency Motion for Stay of Warrant of Execution and the responses filed thereto, it is this 5th day of December, 2005,

ORDERED, by the Court of Appeals of Maryland, that the emergency motion for stay of warrant of execution be, and it is hereby, DENIED.